BYRNE ET AL., APPELLANTS, *v.* PEDIATRIC ASSOCIATES, INC. ET AL., APPELLEES.

[Cite as Byrne *v.* Pediatric Associates, Inc. (1986), 28 Ohio St. 3d 300.]

(No. 85-838—Decided December 22, 1986.)

*Edward V. Miller Co., L.P.A., Edward V. Miller* and *William A. Goldman,* for appellants.

*Bricker & Eckler, Gerald L. Draper, Marshall L. Lerner* and *Richard S. Lovering,* for appellee Pediatric Associates, Inc. et al.

*Lane, Alton & Horst, Jack R. Alton* and *David B. Petrel,* for appellee Children's Hospital.

The judgment of the court of appeals in case No. 84AP-593, pursuant to appellants' Proposition of Law No. I, is hereby reversed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270, and the cause is remanded.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.